# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXUS RANGEL, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> LOANCARE, LLC, ET AL., <br><br> Defendants. | Case No. 1:24-cv-00642 <br><br> [PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS |

This matter is before the Court on Defendant LoanCare, LLC ("LoanCare") and Plaintiffs Lexus Rangel and Grant Bice's ("Plaintiffs") Stipulation to Extend Time to Respond to Complaint by More than 28 Days. For the reasons stated in the Stipulation and for good cause shown, the Court HEREBY approves of the Stipulation.

It is HEREBY ORDERED that LoanCare shall have up to and including August 9, 2024, to file its response to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: July 11, 2024   _____

United States Magistrate Judge
Christopher D. Baker

[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS