UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXUS RANGEL, *et al.*,<br><br>       Plaintiffs,<br><br>   v.<br><br>LOANCARE, LLC, *et al.*,<br><br>       Defendants. | Case No. 1:24-cv-00642-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF ETHAN OSTROFF TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 14) |

The Court has considered the application of Ethan Ostroff, attorney for Defendant LoanCare, LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 14). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED:

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **July 26, 2024**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE