UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEXUS RANGEL, *et al*.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LOANCARE, LLC, *et al*.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00642-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF CARTER NICHOLS TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 17) |

The Court has considered the application of Carter Nichols, attorney for Defendant LoanCare, LLC, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 17). In light of the application and for good cause appearing, the application for admission ot practice *pro hac vice* is HEREBY GRANTED: The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　　Dated: __**July 31, 2024**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE